# MINUTE ORDER

CASE NUMBER:       1:25-cv-00341-LEK-KJM

CASE NAME:         Simmons v. Woo, et al.

JUDGE:   Leslie E. Kobayashi        DATE:        9/19/2025

COURT ACTION: EO: COURT ORDER ADMINISTRATIVELY CLOSING CASE

On September 16, 2025, the Court issued an order staying the instant action ("9/16 Order"). [Dkt. no. 20.] The 9/16 Order stayed the instant case pending the resolution of several underlying state proceedings. [9/16 Order at 23.] In light of the 9/16 Order, the Clerk's Office is DIRECTED to close the case administratively. The closure of this case is simply for administrative purposes and has no effect on the procedural or substantive rights of any party. In particular, the Court explicitly notes that the administrative closure neither affects nor changes the filing date of this litigation in terms of the statute of limitations or for any other purpose.

IT IS SO ORDERED.

Submitted by: Carla Cortez, Courtroom Manager